IN THE SUPREME COURT OF THE STATE OF NEVADA

ALI KIA, M.D.; AND NEVADA
HOSPITALIST GROUP, LLP,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JASMIN D. LILLY-SPELLS, DISTRICT
JUDGE,
Respondents,
FRANK J. DELEE, M.D.; FRANK J.
DELEE M.D., P.C.; AND SUNRISE
HOSPITAL AND MEDICAL CENTER,
LLC; AND CHLOE GREEN,
Real Parties in Interest.

No. 83357

FILED

MAY 13 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This is an original petition for a writ of mandamus challenging a district court order denying a motion to dismiss in a medical malpractice action.

Having considered the petition and its supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (stating that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Specifically, we generally decline to exercise our discretion to

22-15243

grant writ petitions challenging orders denying motions to dismiss, and we are not convinced any of the exceptions apply in this case. *See Chur v. Eighth Judicial Dist. Court*, 136 Nev. 68, 70, 458 P.3d 336, 339 (2020) (discussing the exceptions to the general rule). We therefore

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

cc:    Hon. Jasmin D. Lilly-Spells, District Judge
Hon. Linda M. Bell, Chief Judge
Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
Collinson, Daehnke, Inlow & Greco
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP/Las Vegas
Law Office of Daniel Marks
Hall Prangle & Schoonveld, LLC/Las Vegas
Eighth District Court Clerk